**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| TYRONE MERRITT *et al.*,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>CAPITAL ONE FINANCIAL<br>CORPORATION *et al.*,<br><br>　　　　　Defendants. | Case No. 1:19-cv-1048 |

**NOTICE OF HEARING**

Please take notice that on **August 23, 2019 at 10:00 a.m.**, or as soon thereafter as counsel may be heard, Defendants Capital One Financial Corporation, Capital One, N.A., and Capital One Bank (USA), N.A., by and through counsel, will seek the relief requested in their [1]Motion to Stay or, in the Alternative, for an Extension to Time to Respond to the Complaint under Federal Rule of Civil Procedure 12(b)(6).

Respectfully submitted, this 16th day of August 2019.

　　　　　　　　　　　　　　　　　　**CAPITAL ONE FINANCIAL CORPORATION
　　　　　　　　　　　　　　　　　　CAPITAL ONE, N.A.
　　　　　　　　　　　　　　　　　　CAPITAL ONE BANK (USA), N.A.**

　　　　　　　　　　　　　　　　　　*/s/ Mary C. Zinsner*_____
　　　　　　　　　　　　　　　　　　Mary C. Zinsner (VSB No. 31397)
　　　　　　　　　　　　　　　　　　TROUTMAN SANDERS LLP
　　　　　　　　　　　　　　　　　　401 9th Street, NW
　　　　　　　　　　　　　　　　　　Suite 1000
　　　　　　　　　　　　　　　　　　Washington, DC 20004
　　　　　　　　　　　　　　　　　　Telephone: (703) 734-4334
　　　　　　　　　　　　　　　　　　Facsimile: (703) 734-4340
　　　　　　　　　　　　　　　　　　mary.zinsner@troutman.com

---

[1] Defendants are endeavoring to obtain consent to the stay and will notify the Court promptly if the motion becomes uncontested.

39756600

Robert A. Angle (VSB No. 37691)
Jon S. Hubbard (VSB No. 71089)
Harrison Scott Kelly (VSB No. 80546)
TROUTMAN SANDERS LLP 1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
robert.angle@troutman.com
jon.hubbard@troutman.com
scott.kelly@troutman.com

David L. Balser (*pro hac vice forthcoming*)
S. Stewart Haskins II (*pro hac vice forthcoming*)
John C. Toro (*pro hac vice forthcoming*)
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia  30309
Tel.:  (404) 572-4600
Fax:  (404) 572-5140
dbalser@kslaw.com
shaskins@kslaw.com
jtoro@kslaw.com

*Counsel for Capital One Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of August 2019, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF System, which will then send a notification of such filing (NEF) to all counsel of record.

*/s/ Mary C. Zinsner*
Mary C. Zinsner (VSB No. 31397)
TROUTMAN SANDERS LLP
401 9th Street, NW
Suite 1000
Washington, DC 20004
Telephone: (703) 734-4334
Facsimile: (703) 734-4340
mary.zinsner@troutman.com

*Counsel for Capital One Defendants*