# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| TYRONE MERRITT, *et al.*, | |
| Plaintiffs, | 1:19-cv-1048-AGT-IDD |
| vs. | |
| CAPITAL ONE FINANCIAL CORPORATION, *et al.*, | |
| Defendants. | |

## NOTICE OF UNOPPOSED MOTION (DKT. 3)/WAIVER OF ORAL ARGUMENT

Defendants, Capital One Financial Corporation, Capital One, N.A., and Capital One Bank (USA), N.A. ("Capital One"), by counsel, hereby notify the Court that the **Capital One Defendants' Motion to Stay or, in the Alternative, for an Extension of Time to Respond to the Complaint (Dkt. 3) is not opposed and the parties waive oral argument**. The matter is noticed for a hearing on August 23, 2019. The case can be removed from the docket and an order entered.

Respectfully submitted, this 21st day of August, 2019.

**CAPITAL ONE FINANCIAL CORPORATION**
**CAPITAL ONE, N.A.**
**CAPITAL ONE BANK (USA), N.A.**


*/s/ Mary C. Zinsner*
Mary C. Zinsner (VSB No. 31397)
TROUTMAN SANDERS LLP
401 9th Street, NW, Suite 1000
Washington, DC 20004
Telephone: (703) 734-4334
Facsimile: (703) 734-4340
mary.zinsner@troutman.com

Robert A. Angle (VSB No. 37691)
Jon S. Hubbard (VSB No. 71089)
Harrison Scott Kelly (VSB No. 80546)
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
robert.angle@troutman.com
jon.hubbard@troutman.com
scott.kelly@troutman.com

David L. Balser (*pro hac vice forthcoming*)
S. Stewart Haskins II (*pro hac vice forthcoming*)
John C. Toro (*pro hac vice forthcoming*)
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel.: (404) 572-4600
Fax: (404) 572-5140
dbalser@kslaw.com
shaskins@kslaw.com
jtoro@kslaw.com

*Counsel for Capital One Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

                */s/ Mary C. Zinsner*
                Mary C. Zinsner (VSB No. 31397)
                TROUTMAN SANDERS LLP
                401 9th Street, NW
                Suite 1000
                Washington, DC 20004
                Telephone: (703) 734-4334
                Facsimile: (703) 734-4340
                mary.zinsner@troutman.com

                *Counsel for Capital One Defendants*