IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TYRONE MERRITT, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 1:19-cv-1048 (AJT/IDD) |
| CAPITAL ONE FINANCIAL CORP., et al., | ) |
| Defendants. | ) |

F I L E D
AUG 21 2019
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## ORDER

This MATTER is before the Court on Capital One Defendants' Motion to Stay or, in the Alternative, for an Extension of Time to Respond to Complaint [Dkt. No. 3]. This matter can be resolved without oral argument, as such argument would not aid the decisional process. For good cause shown, it is hereby

**ORDERED** that Defendants' Motion is **GRANTED in part and DENIED in part**. The Motion is granted as to staying all proceedings until October 11, 2019, which is 14 days following the September 26, 2019, oral argument before the Judicial Panel on Multidistrict Litigation ("JPML"). If the Motion is not resolved on September 26, 2019, parties shall submit a notice to the Court on October 8, 2019, notifying the Court of the status of the Motion. The Motion is denied as to the Extension of Time to Respond to Complaint.

The Clerk is directed to forward copies of this Order to all counsel of record.

ENTERED this 21st day of August 2019.

/s/
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia